IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-544 T
(Judge Baskir)

GRAND TRUNK WESTERN RAILROAD INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

NOTICE OF INDIRECTLY RELATED CASE

Pursuant to Rule 40.2(b) of the Rules of this Court, plaintiff Grand Trunk Western Railroad Company advises the Court that the following recently filed case appears to be indirectly related to the instant case:

*Illinois Central Railroad Company v. United States*,
Docket No. 06-691 (filed October 5, 2006)

The newly filed *Illinois Central* case presents the same legal issues as the instant case: whether Productivity Fund distributions and severance and separation payments made by a railroad employer are subject to Railroad Retirement Tax. In addition, the undersigned attorney of record also serves as attorney of record for the plaintiff in the *Illinois Central* case. Finally, the plaintiff in *Illinois Central* and the plaintiff in the instant case are related companies: both Illinois Central Railroad Company and Grand

Trunk Western Railroad Incorporated are subsidiaries of Canadian National Railway Company.

For the Court's information, the above-referenced newly filed *Illinois Central* case is directly related, within the meaning of Rule 40.2(a), to the earlier case of *Illinois Central Railroad Company v. United States*, Ct. Fed. Cl. Docket No. 06-527, filed July 19, 2006. A previous Notice of Indirectly Related Case was filed in the instant case with respect to the earlier *Illinois Central* case. Thus, the two *Illinois Central* dockets (Nos. 06-527 and 06-691) are both indirectly related to the instant case.

The Court may find it convenient and efficient to coordinate proceedings in the two *Illinois Central* cases and the instant case.

Respectfully submitted,

Date: October 10, 2006

s/ Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4712
Fax: (202) 672-5399

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing Notice of Indirectly Related Case was served by first-class United States mail on counsel for the defendant at the following address:

Benjamin C. King, Jr., Esquire
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044

s/ Steven C. Lambert
Steven C. Lambert
Attorney for Plaintiff