IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-544 T
(Judge Baskir)

GRAND TRUNK WESTERN RAILROAD INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR LEAVE TO FILE
JOINT STATUS REPORT OUT OF TIME

Plaintiff and Defendant hereby jointly move the Court to accept the parties' Joint Status Report for filing out of time.

Pursuant to the Court's Order filed December 20, 2002, a Joint Status Report is to be filed every 45 days in this matter, reporting on the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858 T, and other matters relevant to the instant case.

Through an oversight while Plaintiff's counsel was away from the office, the parties neglected to file the Joint Status Report due October 30, 2006. To the parties' knowledge, this is the first Joint Status Report in this case which has not been timely filed. Future Joint Status Reports will of

course be timely filed, beginning with the Joint Status Report due December 13, 2006.

The parties ask the Court to accept the Joint Status Report filed concurrently with this motion.

A proposed order is attached.

Respectfully submitted,

Nov. 13, 2006
Date

s/ Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Nov. 13, 2006
Date

s/ Benjamin C. King

BENJAMIN C. KING, JR.
Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Nov. 13, 2006
Date

s/ David Gustafson
Of Counsel

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-544 T
(Judge Baskir)

GRAND TRUNK WESTERN RAILROAD INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On Joint Motion of the Parties filed November 13, 2006, the Joint Status Report due to have been filed October 30, 2006, which was submitted on November 13, 2006, is accepted for filing out of time. The Clerk is directed to accept the Joint Status Report for filing.

Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-544 T
(Judge Baskir)

GRAND TRUNK WESTERN RAILROAD INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Order filed December 20, 2002, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858 T, and other matters relevant to the instant case. The Court's December 20, 2002 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties continue to file Joint Status Reports in the instant case on February 14, 2003 and every 45 days thereafter.

As reported in the parties' previous Joint Status Report, final judgment was entered in *CSX Corp. v. United States*, Fed. Cl. No.

95-858 T, on August 14, 2006. Both parties in *CSX* have now filed notices of appeal to the United States Court of Appeals for the Federal Circuit, where the appeals have been docketed as Fed. Cir. Nos. 07-5003 and 07-5007.

Respectfully submitted,

Nov. 13, 2006
Date

s/ Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Nov. 13, 2006
Date

s/ Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Nov. 13, 2006
Date

s/ David Gustafson

Of Counsel