# In the United States Court of Federal Claims

Case No. 00-544T
(Filed: November 15, 2006)

*********************************************
GRAND TRUNK WESTERN *
RAILROAD INCORPORATED, *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*Defendant.* *
*********************************************

**ORDER**

Parties' Joint Motion for Leave to File Out of Time the parties' Joint Status Report is hereby GRANTED. Clerk of the Court is directed to file the attached Joint Status Report.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge