IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-544 T
(Judge Baskir)

GRAND TRUNK WESTERN RAILROAD INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order filed December 20, 2002, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. No. 07-5003, and other matters relevant to the instant case. The Court's December 20, 2002 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties continue to file Joint Status Reports every 45 days.

As noted above and as reported in previously filed Joint Status Reports, the *CSX* case is pending on appeal before the United States

Court of Appeals for the Federal Circuit. Briefing in the *CSX* appeal before the Federal Circuit was completed this month. The parties are now awaiting oral argument.

Respectfully submitted,

July 25, 2007
Date

s/ Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

July 25, 2007
Date

s/ Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

July 25, 2007
Date

s/ David Gustafson
Of Counsel